UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN RICHARD OTT,

                **Plaintiff,**

        v.                                    Civil No.6:14-cv-01619-TC

CAROLYN W. COLVIN, Commissioner
of Social Security,

                **Defendant.**

## JUDGMENT

    Pursuant to the ORDER signed on March 17, 2016, this action is reversed and remanded for immediate calculation of benefits.

Dated this 17th day of March 2016.

                              /s/ Ann Aiken
                              Ann Aiken
                            United States District Judge

**JUDGMENT**